■ ROBERT V. MARVIN et al., Appellants, v KOREAN AIR INC., et al., Respondents, et al., Defendant. [768 NYS2d 316]—

Order, Supreme Court, New York County (Barbara Kapnick, J.), entered December 13, 2002, which, inter alia, granted defendants' cross motion for summary judgment, dismissing plaintiff's claims pursuant to Labor Law § 240 (1) and § 200, unanimously affirmed, without costs.

The alleged injury-producing activity, plaintiff's descent from the back of a flatbed truck, did not present risks of the sort that Labor Law § 240 (1) was intended to address (*see Dilluvio v City of New York*, 264 AD2d 115 [2000], *affd* 95 NY2d 928 [2000]; *Tillman v Triou's Custom Homes*, 253 AD2d 254, 257 [1999]). Nor, in light of the absence of any evidence that defendants had supervision or control of plaintiff's work, is there any triable issue with respect to plaintiff's Labor Law § 200 claim (*see Blessinger v Estee Lauder Cos.*, 271 AD2d 343 [2000]). Concur—Nardelli, J.P., Tom, Mazzarelli and Ellerin, JJ.